UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| RAM RESTAURANTS INC. | Case No. 03-18991-PHX SSC |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

     S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and returned as undeliverable/unable to forward.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2013 | 06/01/2009 | Atlantic West Landscape Management Inc<br>PO Box 1300<br>Gilbert, AZ 85299 | 626.11 |
| 2014 | 06/01/2009 | Shangri La Tea<br>1213 W. Sherri Dr.<br>Gilbert, AZ 85233-7810 | 357.22 |

     The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $983.33 to the Clerk of the Court to be deposited in the Registry thereof.

| August 24, 2009 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |