UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| JEFFERSON D HEAD | Case No. 08-18119-PHX RTB |
| Debtor(s) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

    S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 05/19/2009 | Jefferson Head<br>15255 N. Frank Lloyd Wright Blvd., Apt 2096<br>Scottsdale, AZ 85260 | $33.84 |

    The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $33.84 to the Clerk of the Court to be deposited in the Registry thereof.

| September 1, 2009 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |